# MINUTES

CASE NUMBER:     CR NO. 05-00423LEK
CASE NAME:       USA vs. (01) WALLACE J. SILVA
ATTYS FOR PLA:
ATTYS FOR DEFT:
INTERPRETER:

JUDGE:   Leslie E. Kobayashi        REPORTER:
DATE:    2/15/2018                  TIME:

COURT ACTION:  EO: Regarding [68] Defendant's Motion to Continue Order to Show Cause as to Why Supervised Release Should Not Be Revoked Hearing.

**Exhibits to Hearing filed under Seal.**

Submitted by: Warren N. Nakamura, Courtroom Manager